JAMES E. CHASE, Respondent, *v.* SAMUEL BIBBINS Impleaded, etc., Appellant.

(Argued October 2, 1877; decided October 9, 1877.)

THIS was an appeal from an order of General Term, which dismissed the appeal on the part of defendant from a judgment against him. The appeal was dismissed on the ground that the notice of appeal was served too late. This depended upon whether a sufficient notice of the entry judgment had been served. The notice was served not upon the person, who formally appeared as attorney for defendant, but upon a firm of attorneys who gave an admission in the name of the attorney of record, and who had had nearly the exclusive management of the case. There was evidence that they were authorized to admit; *held*, that this court could not say that the court below erred in holding that the notice was properly served so as to limit the time for appeal, therefore order was affirmed.

*Chester M. Elliott*, for appellant.

*D. C. Hyde*, for respondent.

EARL, J., reads for affirmance of order.
All concur, except FOLGER and MILLER, JJ., absent.
Order affirmed.